```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**AURORA JULIAN ROCKEFELLER,**

       Plaintiff,

v.                                                    Civil Action 2:14-07528

**JAMES CARTER, FORMER UNITED STATES**
**PRESIDENT, CIA AGENTS and U.S.**
**CONSULS AT MANILA U.S. EMBASSY**
**DURING CARTER ADMINISTRATION**

       Defendants.

<u>MEMORANDUM OPINION AND ORDER</u>

On February 4, 2014, the plaintiff, Aurora Julian Rockefeller, filed a document purporting to charge the defendants with "[m]urder of personal self, damages and all other appropriate charges." This civil action was opened to address the plaintiff's <u>pro</u> <u>se</u> filing. Also pending are the plaintiff's Application to Proceed Without Prepayment of Fees and Costs, filed June 18, 2014, and the plaintiff's Urgent Motion to Resolve Case, filed June 16, 2015.

By standing order this action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge. On January 26, 2016, the magistrate judge filed his Proposed

Findings and Recommendation ("PF&R").  The court received no objections to the magistrate judge's PF&R.

In the PF&R, the magistrate judge recommends that the court dismiss the plaintiff's complaint for being frivolous and for failure to state a claim upon which relief can be granted.  The PF&R also recommends that the court deny the Motion to Proceed Without Prepayment of Fees and Costs, waive the applicable filing fee, and deny as moot the plaintiff's Urgent Motion to Resolve Case.

Based on a review of the complaint, and hearing no objection, the court adopts and incorporates herein the magistrate judge's proposed findings and recommendation.  For the reasons stated, it is ORDERED as follows:

1. That the PF&R be, and it hereby is, adopted and incorporated herein;

2. That this civil action be, and it hereby is, dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. That the plaintiff's Motion to Proceed Without

Prepayment of Fees and Costs be, and it hereby is, denied, but that the applicable filing fee be, and hereby is, waived;

4. That the plaintiff's Urgent Motion to Resolve Case be, and hereby is, denied as moot.

The Clerk is directed to forward copies of this written opinion and order to the plaintiff and the United States Magistrate Judge.

DATED:   February 18, 2016

John T. Copenhaver, Jr.
United States District Judge